UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSELYN HENSLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DARLENE VITORINO MACHADO,<br>LEONE B. WIEBE,<br><br>　　　　　Defendants. | No. 2:13-cv-2172-MCE-EFB PS<br><br><br>ORDER |

Plaintiff initiated this action on October 18, 2013. ECF No. 1. On December 3, 2013, defendant Machado ("defendant") appearing in pro per filed a motion to dismiss the complaint, but failed to notice the motion for hearing. ECF No. 5; *See* E.D. Cal. L.R. 230(b). Therefore, on December 19, 2013, the court issued a minute order directing defendant to contact the undersigned's courtroom deputy to obtain an available civil law and motion hearing date. ECF No. 7. Defendant, however, has not contacted the court and has failed to set her motion for hearing as required by the court's local rules. Accordingly, defendant's motion to dismiss, ECF No. 5, is denied without prejudice. Defendant is admonished that any renewed motion to dismiss must be filed in accordance with Local Rule 230.

DATED: August 13, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE