DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866) 790-2242
Facsimile: (888) 802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF

DARLENE MACHADO
315 South Cherokee Lane
Lodi, CA 95240

Defendant, *In Pro Per*

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| **ROSELYN HENSLEY**, <br><br> PLAINTIFF, <br><br> v. <br><br> **DARLENE VITORINO MACHADO**, **LEONE WIEBE**, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | **CASE NO.: 2:13-cv-2172-MCE-EFB** <br><br> **STIPULATED DISMISSAL WITH PREJUDICE; ORDER** <br><br> [Fed. R. Civ. P. 41] |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: March 19th, 2017                                    /s/Daniel_Malakauskas_____
                                                          By: Daniel Malakauskas,

STIPULATED DISMISSAL

| | |
|---|---|
| | Attorney for Plaintiff |
| Dated: March 19th, 2017 | /s/Darlene V. Machado<br>By: Darlene V. Machado,<br>*In Pro Per* |

## ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action be and is hereby DISMISSED in its entirety with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  March 23, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATED DISMISSAL